**Kingsley ANYANWUTAKU, Appellant**

v.

**DISTRICT OF COLUMBIA,**
**et al., Appellees.**

**No. 06–7073.**

United States Court of Appeals, District of Columbia Circuit.

April 9, 2007.

Kingsley Anyanwutaku, Washington, DC, pro se.

Edward Eugene Schwab, Deputy Attorney General, Office of Attorney General for the District of Columbia, Richard Charles Eisen, Eisen & Rome, Mark Alexander Srere, Morgan, Lewis & Bockius, LLP, Carol S. Blumenthal, Blumenthal & Shanley, Washington, DC, for Appellees.

BEFORE: BROWN, GRIFFITH, and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's April 18, 2006 order denying appellant's motion to vacate be affirmed. The district court did not abuse its discretion in declining to provide relief under Fed.R.Civ.P. 60(b)(1) or (b)(6). *See Murray v. District of Columbia*, 52 F.3d 353, 355 (D.C.Cir.1995).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.